10 costs and disbursements, and stay vacated. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Louis EIG, as Admr., etc., Applt., v. Martin SCHRENKEISEN, Jr., Respt. (Supreme Court. Appellate Division, First Department. June 23, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Frederick S. EISEMANN, Respt., v. Florence A. HAZARD, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed. See, also, 161 App. Div. 703, 146 N. Y. Supp. 685.

Francis W. ELDER, Respt., v. Robert W. M. DUNN, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements, on the authority of Ulner v. Doran, 167 App. Div. 259, 152 N. Y. Supp. 655. Order filed.

In the Matter of Caroline A. ELDREDGE, dec'd. (Supreme Court. Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the Application for the resubmission to the ELECTORS OF the TOWN OF BATH, of the questions of local option under the Liquor Tax Law. Newell E. Whiting et al., petitioners, applts. (Supreme Court. Appellate Division, Fourth Department. July 6, 1916.) Motion granted, and appeal dismissed, with costs.

In the Matter of the Application for a Resubmission to the ELECTORS OF the TOWN OF WAYLAND, etc., under the Liquor Tax Law. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Joseph ELIAS v. Morris KRAMER et al. Joseph ELIAS v. William TRESSELT et al. (Supreme Court, Appellate Division. First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Edward S. ELLIS v. HARTLEY–THOMAS CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

In the Matter of John E. ELLISON, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Motion denied. Settle order on notice.

ELMIRA ADVERTISER ASSOCIATION, applt., v. Francis M. HUGO, as Secretary of State of the State of New York, et al., respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion to dismiss appeal denied. Judgment unanimously affirmed, with costs. This court finds that the Republican supervisors were justified by the facts in determining that the Elmira Advertiser did not, at the time of the designation, fairly represent the Republican Party.

EMPIRE TRUST COMPANY, plaintiff, v. Charles W. COLEMAN, as executor, etc., et al., defendants. Charles W. Coleman, as executor, etc., appellant; William J. Youngs, referee, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion denied.

Alexander ENGEL et al., Respts., v. SHUBERT THEATRICAL CO., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order modified, by directing that the provision in the original order for the appointment of a referee be stricken out, and that the examination therein ordered proceed before the court; and, as so modified, the order appealed from is affirmed, without costs. No opinion. Settle order on notice.

Mary E. ENNIS, respt., v. NEW YORK STATE RAILWAYS, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Nicola ESPOSITO, an inft., etc., Respt., v. COMPAGNIE FRANÇAISE DE NAVIGATION A VAPEUR, etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Clarke, P. J., and McLaughlin, J., dissenting. Order filed.

EXCHANGE BUFFET CORPORATION, Applt., v. CAFETERIA BUFFET LUNCH CO., Inc., at al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Josephine M. FAIRCHILD, plaintiff, v. Emma E. Reed DE GUZMAN, appellant, Scarsdale Estates, respondent, White Plains Development Company et al., defendants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, on condition that the appellant perfect the appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Josephine M. FAIRCHILD, appellant, v. SCARSDALE ESTATES, respondent, White Plains Development Company et al., defendants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Annie FARLEY, as Admx., v. Peter J. CAREY et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.